UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NADIRAH SALEH MOHAMED HUSSAIN, and Civil Action
907 YAFA DELI & GROCERY CORP., No. 22-cv-03730

                    Plaintiffs, (Brodie, J.)

- against -

UNITED STATES OF AMERICA, and
UNITED STATES DEPARTMENT OF AGRICULTURE
FOOD AND NUTRITION SERVICES,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: October 4th, 2022 JESS M. BERKOWITZ, ESQ.
       New York, New York 401 Broadway
 New York, New York 10013

By: _____
    Jess M. Berkowitz
    (212) 431-4453
    jessberkowitzesq@aol.com
    *Counsel for Plaintiffs*

Dated: October __, 2022 BREON PEACE
       Brooklyn, New York United States Attorney
 Eastern District of New York
 271-A Cadman Plaza East
 Brooklyn, NY 11201

By:   */s/ Elizabeth B. Gates*
    ELIZABETH B. GATES
    Assistant U.S. Attorney
    (718) 254-6160
    elizabeth.gates@usdoj.gov
    *Counsel for Defendants*